FILED

OCT 3 1 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL BELL,                          )
                                       )
               Plaintiff,              )
                                       )
        v.                             )      Civil Action No. 12-1760
                                       )
MARY FLEMMING, et al.,                 )
                                       )
               Defendants.             )

**MEMORANDUM OPINION**

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The application will be granted, and the complaint will be dismissed.

The plaintiff, a former employee of the Washington Metropolitan Area Transit Authority, alleges that the defendants have mishandled his claim for worker's compensation benefits arising from an injury he sustained in January 1979. He demands $500,000 and full retirement benefits.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint neither states a federal claim nor establishes diversity of citizenship of the parties. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: October 15, 2012

_____
United States District Judge